Form osc170 – osc170v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19−23195−RG
                    Chapter: 7
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Bertuglia
   341 Pleasant Grove Rd.
   Long Valley, NJ 07853

Social Security No.:
   xxx−xx−0934

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

An Order to Show Cause Why the Case Should Not Be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☑    The debtor(s) has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The corporate debtor does not have an attorney

    Notice is hereby given that a hearing will be held before the Honorable Rosemary Gambardella on:

Date: July 29, 2019
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: July 8, 2019
JAN: dmc

                                      <u>Rosemary Gambardella</u>
                                      United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-23195-RG
Joseph Bertuglia                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jul 08, 2019
                             Form ID: osc170          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db              +Joseph Bertuglia,    341 Pleasant Grove Rd.,    Long Valley, NJ 07853-3639
518340645       +Audatex,    7701 Las Colinas Ridge,    Suite 500,    Irving, TX 75063-7553
518340646       +Barclay's Card,    745 7th Ave.,    New York, NY 10019-6801
518340649       +Chase Card,    270 Park Ave.,    New York, NY 10017-2070
518340651        Dex Media,    2200 West Airfield Drive,    Dallas, TX 75261
518340652       +FedLoan,    PO Box 69184,    Harrisburg, PA 17106-9184
518340654       +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
518340655       +Meenan Oil Co., LP d/b/a Region Oil Inc.,    1000 Woodbury Road,    Suite 200,
                  Woodbury, NY 11797-2530
518340659       +Region Oil/Meenan Oil,    6851 jericho Tpke, Suite 220,    Syosset, NY 11791-4449
518340660       +Solar City/TESLA,    3055 Clearview Way,    San Mateo, CA 94402-3709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 01:30:29      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 01:30:22      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 01:34:18
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518340647       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 01:34:45      Capital One,
                  1680 Capital One Drive,    McLean, VA 22102-3407
518340648       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 01:33:58      Care Credit/Synchrony Bank,
                  P.O. Box 96061,    Orlando, FL 32896-0001
518340650       +E-mail/Text: ctcdupecust@cornwelltools.com Jul 09 2019 01:29:55      Cornwell Tools,
                  667 Seville Rd.,    Wadsworth, OH 44281-1077
518340653       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 09 2019 01:31:19      Harley Davidson,
                  P.O. Box 22048,    Carson City, NV 89721-2048
518340656       +E-mail/PDF: pa_dc_claims@navient.com Jul 09 2019 01:34:49      Navient,    P.O. Box 9640,
                  Wilkes Barre, PA 18773-9640
518340657       +E-mail/Text: bankruptcy@pseg.com Jul 09 2019 01:28:42      PSEG,    PO Box 490,
                  Cranford, NJ 07016-0490
518340658       +E-mail/Text: recovery@paypal.com Jul 09 2019 01:28:33      PayPal,    P.O. Box 45950,
                  Omaha, NE 68145-0950
518338077       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 01:33:57      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
```
              John P. Fazzio    on behalf of Debtor Joseph  Bertuglia jfazzio@fazziolaw.com,
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2
```